386 F.3d 1258
 Brent M. BAKER, Petitioner—Appellant,
v.
Terry L. STEWART and The Attorney General of the State of Arizona, Respondents—Appellees.
 No. 03-15523.
 United States Court of Appeals, Ninth Circuit.
 October 26, 2004.
 
 David Taylor Shannon, Tucson, AZ, for Petitioner-Appellant.
 Jon George Anderson, Phoenix, AZ, for Respondents-Appellees.
 O'SCANNLAIN, SILER,* and HAWKINS, Circuit Judges.
 
 ORDER
 
 1
 The Memorandum disposition filed on June 29, 2004 is withdrawn. A new Memorandum disposition will be filed contemporaneously with this Order. Appellant's Petition for Rehearing is denied.
 
 
 
 Notes:
 
 
 *
 The Honorable Eugene E. Siler, Jr., United States Circuit Judge for the Sixth Circuit, sitting by designation